# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv222

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT,** |
| | ) | |
| vs. | ) | **ENTRY OF JUDGMENT, AND** |
| | ) | |
| **MARLIN, 883, .22 CALIBER RIFLE,** | ) | **FINAL ORDER OF FORFEITURE** |
| **SERIAL NUMBER 10647660, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Motion of the United States for an Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881. [Doc. 8]. For the reasons stated in the Government's Motion and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY**:

1) Marlin, 883, .22 caliber rifle, serial number 10647660;

2) Marlin, 917, .17 caliber rifle, serial number 91635698;

3) New England, Westinghouse M91, 7.62 caliber rifle, serial number 3965;

4) Remington, 870 Express, 12 gauge shotgun, serial number B500883M;

5) Remington, 870, 12 gauge shotgun, serial number X024077M;

6) Remington, 870, unknown gauge shotgun, serial number V28233V;

7) Rossi, S50BM, 12 gauge shotgun, serial number MP012503;

8) Savage, 110, .270 caliber rifle, serial number F742007;

9) Remington, 1100, 12 gauge shotgun, serial number M486547V;

10) Remington, 6, .22 caliber rifle, serial number 464735;

11) Savage, 10, .243 caliber rifle, serial number G854782;

12) Remington, 1100, 12 gauge shotgun, serial number 252064M;

13) Savage, model unknown, 20 gauge shotgun, serial number unknown;

14) Remington, 522, .22 caliber rifle, serial number 3059805;

15) Romania, UMC2, .22 caliber rifle, serial number V-4653;

16) Marlin, 883 SS, .22 caliber rifle, serial number 01295738;

17) High Standard, 58314, 16 gauge shotgun, serial number unknown;

18) Winchester, 03, .22 caliber rifle, serial number 92485;

19) Keystone Sporting Arms, Cricket, .22 caliber rifle, serial number 228264;

20) Remington, 1100, 16 gauge shotgun, serial number 555232W;

21) Rossi, R17YB, .17 caliber rifle, serial number AC018435;

22) Marlin, 336W, .30-30 caliber rifle, serial number 91048866;

23) Remington, 572, .22 caliber rifle, serial number 1918609;

24) Rossi, S41, .22 caliber rifle, serial number SP133356;

25) Rossi, 62SA, .22 caliber rifle, serial number G325847;

26) Remington, 710, .30-06 caliber rifle, serial number 71318546;

27) Remington, 1100, .410 gauge shotgun, serial number R167391H;

28) Remington, 1100, 12 gauge shotgun, serial number 252064M;

29) Remington, 552, .22 caliber rifle, serial number 1712245;

30) Ranger Arms, 101-11A, .22 caliber rifle, serial number unknown;

31) Browning, A500, 12 gauge shotgun, serial number 751NM64291;

32) Marlin, 100, .22 caliber rifle, serial number unknown;

33) Smith & Wesson, 65, .357 caliber revolver, serial number BUA2008;

34) Remington, 552, .22 caliber rifle, serial number A1920339;

35) Browning, model unknown, .22 caliber pistol, serial number 39509T4;

36) Ruger, Redhawk, .44 caliber revolver, serial number 501-49064;

37) Marlin, 60, .22 caliber rifle, serial number 97438120;

38) High Standard, Double Nine, .22 caliber revolver, serial number 1903647;

39) 1766 rounds of assorted ammunition;

40) Savage, model unknown, 12 gauge shotgun, serial number 111;

41) Marlin, 75, .22 caliber rifle, serial number 27117460;

42) Browning, model unknown, .22 caliber pistol, serial number 102645T8;

43) Kimber, Grand Raptor II, .45 caliber pistol, serial number K302078;

44) Tanfoglio, F.LLI S.N.C Witness, .38 caliber pistol, serial number EA41786;

45) Springfield, Geneseo IL XD, .45 caliber pistol, serial number US675766;

46) Jimenez Arms, J.A. 380, .380 caliber pistol, serial number 163408;

47) Savage, model unknown, 12 gauge shotgun, serial number unknown;

48) Savage, 40, .22 caliber rifle, serial number G401261;

49) Remington, model unknown, 20 gauge shotgun, serial number 747;

50) Remington, 1100, 20 gauge shotgun, serial number M519038K;

51) Iver Johnson, Defender, .22 caliber revolver, serial number unknown;

52) Harrington & Richardson, 700, .22 caliber rifle, serial number AS506465;

53) New England, Pardner, 12 gauge shotgun, serial number NT220009;

54) Rossi, Matched Pair, .410 gauge shotgun, serial number AP015990;

55) New England, Pardner, 12 gauge shotgun, serial number unknown;

56) Winchester, 70, .300 caliber rifle, serial number 744401;

57) Springfield, model unknown, 12 gauge shotgun, serial number unknown;

58) Remington, 552, .22 caliber rifle, serial number A1632331; and

59) 256 rounds of assorted ammunition.

[Doc. 8] is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: April 3, 2012

Martin Reidinger
United States District Judge